DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TORRIS BERNARD HILL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1854

[May 27, 2021]

Appeal of order denying 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Jr., Judge; L.T. Case No. 432003CF001639A.

Torris B. Hill, Arcadia, pro se.

Ashley Moody, Attorney General, Tallahassee, and Luke Napodano, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., WARNER and DAMOORGIAN, JJ., concur.

*         *         *

***Not final until disposition of timely filed motion for rehearing.***